**RAB18DB**(Db) (10/06)

# United States Bankruptcy Court

District of Utah
Case No. **09−31831**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Bradly Wm Balzly<br>aka Brad Balzly, fdba South Scape<br>Landscape and Sprinkler, LLC<br>646 West 400 South<br>Payson, UT 84651 | Mindee L. Balzly<br>646 West 400 South<br>Payson, UT 84651 |

Social Security No.:
   xxx−xx−5390                                          xxx−xx−6972

Employer's Tax I.D. No.:

Petition date: 10/26/09

## DISCHARGE OF ONE DEBTOR

It appears that Bradly Wm Balzly** is entitled to a discharge,

**IT IS ORDERED:**

Bradly Wm Balzly** is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                          BY THE COURT

Dated: 3/4/10                                                 William T. Thurman
                                                               United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

---

*__**When only one of the debtors in a joint case is discharged, state here the name of the individual debtor being discharged.*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named in the order. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the named debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the named debtor. [*In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the discharged debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: deed                  Page 1 of 2                   Date Rcvd: Mar 04, 2010
Case: 09-31831                 Form ID: rab18db            Total Noticed: 70


The following entities were noticed by first class mail on Mar 06, 2010.
db/jdb        +Bradly Wm Balzly,    Mindee L. Balzly,    646 West 400 South,    Payson, UT 84651-2405
aty           +Richard Samuel Ehlers,    The Cooper Castle Law Firm LLP,    678 Vine Street, Unit 10,
               Murray, UT 84107-5500
aty           +Russell G. Evans,    Rulon T. Burton & Assoc.,    6000 South Fashion Blvd.,    Murray, UT 84107-5435
tr            +Kenneth A. Rushton tr,    P.O. Box 212,    Lehi, UT 84043-0212
ust           +United States Trustee,    Ken Garff Bldg.,    405 South Main Street,    Suite 300,
               Salt Lake City, UT 84111-3402
cr            +Green Tree Servicing, LLC fka Green Tree,    c/o the Cooper Castle Law Firm,
               820 S. Valley View Blvd.,    Las Vegas, NV 89107-4411
6691937        ACN Communication Services,    PO Box 650384,    Dallas, TX 75265-0384
6691938       +Bank of America,    PO Box 650260,    Dallas, TX 75265
6691940       +Brick Oven,    111 E 800 N,    Provo, UT 84606-1700
6691942       +Capital One (Bankruptcy Correspondence),    PO Box 5155,    Norcross, GA 30091-5155
6691943        Central Bank,    c/o Global Recovery Services,    PO Box 9500,    Los Angeles, CA 90084-0001
6691944       +Central Utah Pathology,    PO Box 276,    Midvale, UT 84047-0276
6691945       +Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
6691946       +D.R. Stone Design,    280 North 2000 West,    Lindon, UT 84042-1667
6691950        DRC Services Group,    PO Box 6909,    Westlake Village, CA 91359-6909
6691947       +Daniel O. Duffin,    Duffin & Associates, P.C.,    311 South State, Ste 380,
               Salt Lake City, UT 84111-5215
6691948       +Darcy Trotter,    646 West 400 South,    Payson, UT 84651-2405
6691949       +Domino's Pizza,    c/o EPN, Inc.,    746 E 1910 So, Ste 4,    Provo, UT 84606-6244
6691951        Eastern Idaho Regional Medical Center,    PO Box 740757,    Cincinnati, OH 45274-0757
6691952        Encore Receivables Management Inc.,    PO Box 3330,    Olathe, KS 66063-3330
6691953       +Farmer's Insurance,    PO Box 4820,    Pocatello, ID 83205-4820
6691954       +Freeway Propane,    PO Box 804,    Spanish Fork, UT 84660-0804
6691958       +IHC Health Services,    3930 West Parkway Blvd,    Salt Lake City, UT 84120-6300
6691959        IHC/ARC,    PO Box 30191,    Salt Lake City, UT 84130-0191
6691960       +Intermountain Emergency Physicians,    PO Box 1647,    Idaho Falls, ID 83403-1647
6691961       +Intermountain Healthcare,    PO Box 1259,    Oaks, PA 19456-1259
6691963       +James 'Tucker' Hansen,    233 South Pleasant Grove Blvd, Ste 202,    Pleasant Grove, UT 84062-2878
6691964       +James H. Woodall,    10653 River Front Parkway, Ste 290,    South Jordan, UT 84095-3530
6691967        Johnson Riddle & Mark, LLC,    PO Box 7811,    Sandy, UT 84091-7811
6691968        Labcorp,    PO Box 2240,    Burlington, NC 27216-2240
6691969       +Mitchell D. Maughan,    148 N Main St,    Spanish Fork, UT 84660-1725
6691970       +Morley & Associates, P.C.,    306 West Main Street,    American Fork, UT 84003-2230
6691971       +Mountain Land Physical therapy,    PO Box 711185,    Salt Lake City, UT 84171-1185
6691972        Mountain View Hospital,    c/o West Asset Management,    PO Box 790113,
               Saint Louis, MO 63179-0113
6691973        Mountain West Anesthesia,    1954 East Fort Union Blvd, Ste 102,    Salt Lake City, UT 84121-6883
6691974       +Nationwide Acceptance,    817 Greenview Dr,    Grand Prairie, TX 75050-2439
6691975       +Nebo Credit Union,    c/o C. Val Morley,    306 W Umain St,    American Fork, UT 84003-2230
6691976        Physicians Billing Service,    PO Box 79052,    Phoenix, AZ 85062-9052
6691977        Pite Duncan, LLP,    PO Box 12289,    El Cajon, CA 92022-2289
6691978        R C Willey Home Furnishings,    Attn Heather Haycock,    PO Box 65320,    SLC, UT 84165-0320
6691979        RAB Inc,    PO Box 34111,    Memphis, TN 38184-0111
6691980       +Raquel Painter,    c/o Dana M. Facemyer,    3610 N University Ave, Ste 375,    Provo, UT 84604-4472
6691982       +Richard J. Boudreau & Associates,    5 Industrial Way,    Salem, NH 03079-4890
6691983       +Rocks & Stuff, Inc,    PO Box 654,    Salem, UT 84653-0654
6691984       +Scholastic,    2931 E McCarty St,    Jefferson City, MO 65101-4468
6691985        Shaw Investigation & Research,    PO Box 50900,    Provo, UT 84605-0900
6691986       +Spinkler Supply,    c/o Daniel O Duffin,    311 So State St, Ste 380,
               Salt Lake City, UT 84111-5215
6691989       +Tree Amigos,    218 N 550 E,    Lindon, UT 84042-1572
6691991       +Utah Community Credit Union,    c/o James 'Tucker' Hansen,    388 W Center St,
               Orem, UT 84057-4659
6691992       +Utah County Assessor,    100 E Center, Ste 2400,    Provo, UT 84606-3106
6691993       +Utah County Medical Assoc,    97 South Professional Way,    Payson, UT 84651-1614
6691994       +Utah County Treasurer,    100 E Center, Ste 2400,    Provo, UT 84606-3106
6691995       +Utah Neurological Clinic,    1055 North 300 West, Ste 400,    Provo, UT 84604-3359
6691996        Utah Valley Radiology,    PO Box 657,    Orem, UT 84059-0657
6691997       +Utah Valley Regional Medical Center,    1034 North 500 West,    Provo, UT 84604-3380
6691998       +Westroc,    670 W 220 So,    Pleasant Grove, UT 84062-2657
6691999       +YESSG I,    c/o Recovery Management Systems Corp.,    25 SE 2nd Ave, Ste 1120,
               Miami, FL 33131-1605

The following entities were noticed by electronic transmission on Mar 04, 2010.
6691939        EDI: HFC.COM Mar 04 2010 18:33:00      Best Buy Retail Services,    PO Box 60148,
               City Of Industry, CA 91716-0148
6691941        EDI: CAPITALONE.COM Mar 04 2010 18:33:00      Capital One,    PO Box 30285,
               Salt Lake City, UT 84130-0285
6691955       +EDI: RMSC.COM Mar 04 2010 18:33:00      GE Money Bank,    Attn: Bankruptcy Dept,    PO Box 103104,
               Roswell, GA 30076-9104
6691956        EDI: RMSC.COM Mar 04 2010 18:33:00      Green Tree Servicing, LLC,    PO Box 6154,
               Rapid City, SD 57709-6154
6691957        EDI: HFC.COM Mar 04 2010 18:33:00      HSBC Retail Services,    PO Box 5244,
               Carol Stream, IL 60197-5244
6691962        EDI: IRS.COM Mar 04 2010 18:33:00      IRS- Special Procedures,    Mail Stop 5021,
               50 South 200 East,    Salt Lake City, UT 84111
6691965        EDI: RMSC.COM Mar 04 2010 18:33:00      JC Penney,    PO Box 960001,    Orlando, FL 32896-0001
6691966       +E-mail/Text: banko@bonncoll.com                            Jensen & Sullivan,    PO Box 150612,
               Ogden, UT 84415-0612
```

```
District/off: 1088-2          User: deed              Page 2 of 2                  Date Rcvd: Mar 04, 2010
Case: 09-31831                Form ID: rab18db        Total Noticed: 70

The following entities were noticed by electronic transmission (continued)
6691981      +EDI: RECOVERYCORP.COM Mar 04 2010 18:33:00     Recovery Management Systems Corp.,
              25 SE 2nd Ave, Ste 1120,    Miami, FL 33131-1605
6691987      +EDI: AISTMBL.COM Mar 04 2010 18:33:00     T-Mobile, Bankruptcy,   PO Box 37380,
              Albuquerque, NM 87176-7380
6691988       EDI: AISTMBL.COM Mar 04 2010 18:33:00     T-Mobile, Bankruptcy,   PO Box 660252,
              Dallas, TX 75266-0252
6691990       EDI: UTAHTAXCOMM.COM Mar 04 2010 18:33:00     USTC,   Attn: Bankruptcy Unit,
              210 North 1950 West,    Salt Lake City, UT 84134-7040
6711345       EDI: RECOVERYCORP.COM Mar 04 2010 18:33:00     YESSG I, LLC,
              Care of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 06, 2010**                    **Signature:**    *Joseph Speetjens*