**Form 732**[Ntc of Case Closed w/o Discharge (One Db Only)]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:
    Bradly Wm Balzly and Mindee L. Balzly
        Debtor

Case No. 09−31831 WTT
Chapter 7

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE
## (FOR ONE DEBTOR ONLY)

On June 29, 2011, this case was closed without an Order of Discharge of debts being issued and any stay under 11 U.S.C. § 362 was terminated for Mindee L. Balzly only.

The debtor failed to file a Debtor's Certificate of Completion of Postpetition Instructional Course Concerning Personal Financial Management (Official Form 23) together with the certificate or the certificate number issued by the course provider.

The debtor may file a Motion to Reopen Case to Allow for the Late Filing of Certification of Completion of Financial Management Course and Request for Discharge (Motion to Reopen). The debtor must pay the full filing fee for the Motion to Reopen at the time the motion is filed, unless *in forma pauperis* status has been granted.

A hearing on the Motion to Reopen should be set with notice to all creditors. Official Form 23 together with the certificate or the certificate number issued by the course provider should be filed with the Motion to Reopen.

Dated: June 29, 2011

                                            David A. Sime
                                            Clerk of Court

```
                              United States Bankruptcy Court
                                     District of Utah

In re:                                                             Case No. 09-31831-WTT
Bradly Wm Balzly                                                   Chapter 7
Mindee L. Balzly
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 1088-2          User: blh                  Page 1 of 2          Date Rcvd: Jun 29, 2011
                              Form ID: f732              Total Noticed: 66


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2011.
db/jdb     +Bradly Wm Balzly,    Mindee L. Balzly,    646 West 400 South,    Payson, UT 84651-2405
aty        +Richard Samuel Ehlers,    The Cooper Castle Law Firm LLP,    682 East Vine Street,    Suite 7,
             Murray, UT 84107-5501
aty        +Russell G. Evans,    Rulon T. Burton & Assoc.,   6000 South Fashion Blvd.,    Murray, UT 84107-5435
tr         +Kenneth A. Rushton tr,    153 North 100 East,   P.O. Box 212,    Lehi, UT 84043-0212
cr         +Green Tree Servicing, LLC fka Green Tree,    c/o the Cooper Castle Law Firm,
             820 S. Valley View Blvd.,    Las Vegas, NV 89107-4411
6691937     ACN Communication Services,    PO Box 650384,   Dallas, TX 75265-0384
6691938    +Bank of America,    PO Box 650260,   Dallas, TX 75265
6691939     Best Buy Retail Services,    PO Box 60148,   City Of Industry, CA 91716-0148
6691940    +Brick Oven,   111 E 800 N,    Provo, UT 84606-1700
6691942   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One (Bankruptcy Correspondence),     PO Box 5155,
             Norcross, GA 30091)
6691941     Capital One,    PO Box 30285,   Salt Lake City, UT 84130-0285
6691943     Central Bank,    c/o Global Recovery Services,    PO Box 9500,   Los Angeles, CA 90084-0001
6691944    +Central Utah Pathology,    PO Box 276,   Midvale, UT 84047-0276
6691945    +Credit Collection Services,    Two Wells Avenue,   Newton Center, MA 02459-3246
6691946    +D.R. Stone Design,    280 North 2000 West,   Lindon, UT 84042-1667
6691947    +Daniel O. Duffin,    Duffin & Associates, P.C.,    311 South State, Ste 380,
             Salt Lake City, UT 84111-5215
6691948    +Darcy Trotter,    646 West 400 South,   Payson, UT 84651-2405
6691949    +Domino’s Pizza,    c/o EPN, Inc.,   746 E 1910 So, Ste 4,    Provo, UT 84606-6244
6691951     Eastern Idaho Regional Medical Center,    PO Box 740757,    Cincinnati, OH 45274-0757
6691952     Encore Recievables Management Inc.,    PO Box 3330,   Olathe, KS 66063-3330
6691953    +Farmer’s Insurance,    PO Box 4820,   Pocatello, ID 83205-4820
6691954    +Freeway Propane,    PO Box 804,   Spanish Fork, UT 84660-0804
6691957     HSBC Retail Services,    PO Box 5244,   Carol Stream, IL 60197-5244
6691958    +IHC Health Services,    3930 West Parkway Blvd,   Salt Lake City, UT 84120-6300
6691959     IHC/ARC,   PO Box 30191,    Salt Lake City, UT 84130-0191
6691962   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: IRS- Special Procedures,    Mail Stop 5021,    50 South 200 East,
             Salt Lake City, UT 84111)
6691960    +Intermountain Emergency Physicians,    PO Box 1647,   Idaho Falls, ID 83403-1647
6691961    +Intermountain Healthcare,    PO Box 1259,   Oaks, PA 19456-1259
6691963    +James ’Tucker’ Hansen,    233 South Pleasant Grove Blvd, Ste 202,    Pleasant Grove, UT 84062-2878
6691964    +James H. Woodall,    10653 River Front Parkway, Ste 290,    South Jordan, UT 84095-3530
6691967     Johnson Riddle & Mark, LLC,    PO Box 7811,   Sandy, UT 84091-7811
6691968     Labcorp,   PO Box 2240,    Burlington, NC 27216-2240
6691969    +Mitchell D. Maughan,    148 N Main St,   Spanish Fork, UT 84660-1725
6691970    +Morley & Associates, P.C.,    306 West Main Street,   American Fork, UT 84003-2230
6691971    +Mountain Land Physical therapy,    PO Box 711185,   Salt Lake City, UT 84171-1185
6691972     Mountain View Hospital,    c/o West Asset Management,    PO Box 790113,
             Saint Louis, MO 63179-0113
6691973     Mountain West Anesthesia,    1954 East Fort Union Blvd, Ste 102,    Salt Lake City, UT 84121-6883
6691975    +Nebo Credit Union,    c/o C. Val Morley,   306 W Umain St,    American Fork, UT 84003-2230
6691976     Physicians Billing Service,    PO Box 79052,   Phoenix, AZ 85062-9052
6691978     R C Willey Home Furnishings,    Attn Heather Haycock,    PO Box 65320,    SLC, UT 84165-0320
6691979     RAB Inc,   PO Box 34111,    Memphis, TN 38184-0111
6691980    +Raquel Painter,    c/o Dana M. Facemyer,   3610 N University Ave, Ste 375,    Provo, UT 84604-4472
6691982    +Richard J. Boudreau & Associates,    5 Industrial Way,    Salem, NH 03079-4890
6691983    +Rocks & Stuff, Inc,    PO Box 654,   Salem, UT 84653-0654
6691984    +Scholastic,    2931 E McCarty St,   Jefferson City, MO 65101-4468
6691985     Shaw Investigation & Research,    PO Box 50900,   Provo, UT 84605-0900
6691986    +Spinkler Supply,    c/o Daniel O Duffin,   311 So State St, Ste 380,
             Salt Lake City, UT 84111-5215
6691987    +T-Mobile, Bankruptcy,    PO Box 37380,   Albuquerque, NM 87176-7380
6691988     T-Mobile, Bankruptcy,    PO Box 660252,   Dallas, TX 75266-0252
6691989    +Tree Amigos,    218 N 550 E,   Lindon, UT 84042-1572
6691991    +Utah Community Credit Union,    c/o James ’Tucker’ Hansen,    388 W Center St,
             Orem, UT 84057-4659
6691992    +Utah County Assessor,    100 E Center, Ste 2400,   Provo, UT 84606-3106
6691993    +Utah County Medical Assoc,    97 South Professional Way,    Payson, UT 84651-1614
6691994    +Utah County Treasurer,    100 E Center, Ste 2400,   Provo, UT 84606-3106
6691995    +Utah Neurological Clinic,    1055 North 300 West, Ste 400,    Provo, UT 84604-3359
6691996     Utah Valley Radiology,    PO Box 657,   Orem, UT 84059-0657
6691997    +Utah Valley Regional Medical Center,    1034 North 500 West,    Provo, UT 84604-3380
6691998    +Westroc,   670 W 220 So,    Pleasant Grove, UT 84062-2657
6691999    +YESSG I,   c/o Recovery Management Systems Corp.,    25 SE 2nd Ave, Ste 1120,
             Miami, FL 33131-1605
```

```
District/off: 1088-2              User: blh                Page 2 of 2                  Date Rcvd: Jun 29, 2011
                                  Form ID: f732            Total Noticed: 66
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
6691955        +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2011 01:43:32      GE Money Bank,
                 Attn: Bankruptcy Dept,     PO Box 103104,     Roswell, GA 30076-9104
6691956         E-mail/Text: kara.m.taylor@gtservicing.com Jun 30 2011 01:36:50       Green Tree Servicing, LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
6691965         E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2011 01:43:32      JC Penney,    PO Box 960001,
                 Orlando, FL 32896-0001
6691966        +E-mail/Text: banko@bonncoll.com Jun 30 2011 01:36:05      Jensen & Sullivan,     PO Box 150612,
                 Ogden, UT 84415-0612
6691981        +E-mail/PDF: rmscedi@recoverycorp.com Jun 30 2011 01:43:32      Recovery Management Systems Corp.,
                 25 SE 2nd Ave, Ste 1120,    Miami, FL 33131-1605
6691990         E-mail/Text: TXBANKRUPT@UTAH.GOV Jun 30 2011 01:36:24      USTC,    Attn: Bankruptcy Unit,
                 210 North 1950 West,    Salt Lake City, UT 84134-7040
6711345         E-mail/PDF: rmscedi@recoverycorp.com Jun 30 2011 01:43:32      YESSG I, LLC,
                 Care of Recovery Management Systems Corp,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6691950       ##DRC Services Group,    PO Box 6909,    Westlake Village, CA 91359-6909
6691974       ##+Nationwide Acceptance,    817 Greenview Dr,   Grand Prairie, TX 75050-2439
6691977       ##Pite Duncan, LLP,    PO Box 12289,   El Cajon, CA 92022-2289
                                                                                         TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2011**          **Signature:** *Joseph Speetjens*