Russell G. Evans (7192)
Justin O. Burton (6506)
**RULON T. BURTON & ASSOCIATES**
6000 South Fashion Blvd.,
Murray, Utah 84107
(801) 288-0202

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In Re: | Case No. 09-31831 WTT |
|---|---|
| Bradley Wm Balzly,<br>SSN: xxx-xx-5390,<br>Mindee L. Balzly,<br>SSN: xxx-xx-6972, | Chapter 7<br><br>Trustee: K.A. Rushton |
| Debtor(s) | |

### MOTION TO RE-OPEN CASE TO ALLOW FOR THE LATE FILING OF CERTIFICATION OF COMPLETION OF FINANCIAL MANAGEMENT COURSE AND REQUEST FOR DISCHARGE

The Debtors, Bradley Wm. Balzly and Mindee L. Balzly, hereby respectfully request that the Court re-open the case to allow Debtor Mindee L. Balzly to file the *Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management* and request a discharge as grounds state as follows:

The Debtors' case was filed October 26, 2009. The Meeting of Creditors was conducted on December 7, 2009. And, the deadline for filing the certificate(s) of Debtor Education was February 5, 2010. The Case was closed without discharge as to Debtor Mindee L. Balzly on July 1, 2011.

Debtor, Bradly Wm Balzly, filed his Certificate of Completion on March 3, 2010.

Debtor, Mindee L. Balzly misunderstood that she also needed to complete the financial management requirement. The Debtor realized her mistake and the Certification of Completion is being filed concurrently.

There is no need to reappoint a Trustee. And, once the Discharge is issued the case should be closed again.

THEREFORE, the case should be re-opened to allow the Debtor, Mindee L. Balzly's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Managment to be filed and the Debtor be issued a Discharge.

DATED: September 8, 2011

_____
Russell G. Evans, of and for
**RULON T. BURTON & ASSOCIATES**