**The below described is SIGNED.**

(ts)

**Dated: October 04, 2011** _____
WILLIAM T. THURMAN
U.S. Bankruptcy Chief Judge



_____

Russell G. Evans (7192)
Justin O. Burton (6506)
**RULON T. BURTON & ASSOCIATES**
Attorney for Debtor
6000 South Fashion Blvd.,
Murray, Utah 84107
(801) 288-0202

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In Re: | Case No. 09-31831 WTT |
|---|---|
| Bradley Wm Balzly,<br>SSN: xxx-xx-5390,<br>Mindee L. Balzly,<br>SSN: xxx-xx-6972, | Chapter 7 |
| Debtor(s) | |

### ORDER REGARDING MOTION TO RE-OPEN CASE TO ALLOW FOR THE LATE FILING OF CERTIFICATION OF COMPLETION OF FINANCIAL MANAGEMENT COURSE AND REQUEST FOR DISCHARGE

  A hearing on Debtors' Motion to Re-open Case was scheduled to be held on October 4, 2011 at 2:00 p.m. in Courtroom 376 before the Honorable William T. Thurman. Russell G. Evans appeared on behalf of the Debtors and other appearances were noted on the record. The Court having heard the representations of Counsel, having reviewed the pleadings on file and being fully advised in the premises and good cause appearing hereby;

  ORDERS, that the Debtors' Chapter 7 case is re-opened for the purpose of Debtor, Mindee L. Balzly complying with the financial management class and related certificate to allow for discharge to be granted.

  DATED:_____

BY THE COURT

_____
Judge, U.S. Bankruptcy Court

Filed: September 30th, 2011

## MAILING CERTIFICATE

  Under penalty of perjury, I hereby certify that on _____, 2011, I caused to be delivered electronically via ECF and/or mailed postage prepaid a true and correct copy of the **ORDER REGARDING MOTION TO RE-OPEN CASE TO ALLOW FOR THE LATE FILING OF CERTIFICATION OF COMPLETION OF FINANCIAL MANAGEMENT COURSE AND REQUEST FOR DISCHARGE** to: US Trustee, via ECF; Kenneth A. Rushton, Chapter 7 Trustee, via ECF; Rulon T. Burton & Associates, via ECF;

Bradly Wm Balzly &
Mindee L. Balzly
646 West 400 South
Payson, UT 84651

                  _____
                  Clerk, U.S. Bankruptcy Court

ORDER SIGNED